COOLEY LLP
JANET L. CULLUM (104336)
(jcullum@cooley.com)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 479-6500
Facsimile:     (212) 479-6275

COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
JOSEPH S. LEVENTHAL (221043)
(jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
JOBFOX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE WERDEN, individually And on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JOBFOX, INC., a Virginia corporation,<br><br>Defendant. | Case No.  11-CV-2995-WQH (MDD)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:         Hon. William Q. Hayes<br>Courtroom:  4<br><br>Magistrate Judge Mitchell D. Dembin<br>Courtroom   B |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Plaintiff SUZANNE WERDEN and Defendant JOBFOX,

3  INC. have reached a settlement of the above-captioned action.

4

5  Dated:  March 27, 2012                    COOLEY LLP
                                              JANET L. CULLUM (104336)
6                                             MICHELLE C. DOOLIN (179445)
                                              JOSEPH S. LEVENTHAL (221043)
7

8                                             s/ Joseph S. Leventhal
                                              _____
9                                             Joseph S. Leventhal
                                              Attorneys for Defendant
10                                            JOBFOX, INC.
                                              E-mail: jleventhal@cooley.com
11

12  745969/SD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28