SEAN P. REIS (sreis@edelson.com) - SBN 184044
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
BRADLEY M. BAGLIEN (bbaglien@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654d
Telephone: (312) 589-6370
Fax: (312) 589-6378

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE WERDEN, individually And on behalf of a class of similarly situated individuals<br><br>Plaintiff,<br>v.<br><br>JOBFOX, INC., a Virginia corporation,<br><br>Defendant. | Case No. 3:11-cv-02995-WQH-MDD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. William Q. Hayes<br><br>Action Filed: December 22, 2011 |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 11-CV-02995-WQH-MDD

1  **PLEASE TAKE NOTICE** that Plaintiff SUZANNE WERDEN ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this case in its entirety with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal**

**(1)** *By the Plaintiff*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*   \*   \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 4, 2012                                EDELSON MCGUIRE LLP

By: __/s/ Sean P. Reis_____
    Sean P. Reis
    One of Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

    I, Sean P. Reis, an attorney, certify that on May 4, 2012, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1),* by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this 4th day of May, 2012.

Joseph S. Leventhal
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
jleventhal@cooley.com

   /s/ Sean P. Reis   
Sean P. Reis
